## UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                                  :
                                                                  :
CABINETWORKS GROUP MICHIGAN, LLC et al,      :
                                                                  :
                                                                  :
            Plaintiffs,                                           :
                                                                  :
      v.                                                          :      Court No. 25-00135
                                                                  :
                                                                  :
UNITED STATES,                                                    :
                                                                  :
            Defendant.                                            :
                                                                  :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

### ORDER OF DISMISSAL

     Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                   Mario Toscano
                                   Clerk of the Court

                   By:    /s/ Scott Warner
                          Deputy Clerk

Date:  July 23, 2025
       New York, New York